```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| AARON DOCKERY,<br><br>               Plaintiff,<br><br>-against-<br><br>DAVID DINELLO, et al.,<br><br>               Defendants. | No. 23-CV-5658 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the parties' stipulated dismissal, without prejudice and without costs, of Defendant Kathleen Mantaro from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (See dkt. no. 52.)

    The Court GRANTS the parties' motion to dismiss Defendant Kathleen Mantaro from the above-captioned action without prejudice or costs. The Clerk of Court shall terminate Defendant Mantaro from the docket.

**SO ORDERED.**

Dated:    January 26, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1