## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

October 30, 2025

**VIA ECF**

Re:   Extension – **Dockery** and **Pritchett** Pre-Trial Submissions

Dockery v. Dinello, et al., 23-cv-5658          Pritchett v. Dinello, et al., 23-cv-5664

Dear Judge Preska:

I write on behalf of the parties to respectfully request an extension of time to file our pre-trial submissions from tomorrow, Friday, October 31, 2025 until Tuesday, November 4, 2025. We will leave our opposition and reply dates.

The parties have exchanged drafts of most of the documents and are working away. Far more important, there are some adorable (or frightening!) trick-or-treaters participating in parades tomorrow, who require counsel to carry their candy. (This is, sadly, not me, though I did volunteer.)

The parties would be grateful if the Court would grant the extension.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

**SO ORDERED.** The Clerk of Court shall close docket number 67.

_____
Loretta A. Preska, U.S.D.J.
November 4, 2025