## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska  
Senior Justice, United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

```
The underlined request is GRANTED.
SO ORDERED. November 14, 2025

_____
Loretta A. Preska, U.S.D.J.
```

November 13, 2025

**VIA ECF**

**Re:    Extension – <u>Dockery</u> Opposition to Defendants' *in limine* motions**

<u>Dockery v. Dinello, et al.</u>, 23-cv-5658

Dear Judge Preska:

I write on behalf of Plaintiff to request <u>an extension of time to file Plaintiff's opposition to Defendants' motions *in limine* until Monday, November 17, 2025</u>. In their papers, the Office of the Attorney General has moved to introduce 404(b) evidence directly related to felony charges brought against Mr. Dockery in 2024. The charges stem from an alleged wild car chase in which Mr. Dockery's car slammed into several police vehicles and drugs and weapons were found. While it sounds extremely exciting, all the felony criminal charges were dismissed because the wrong man was arrested. DOCCS conducted a parole revocation hearing while the charges were pending, and, as always happens, determined to revoke Mr. Dockery's parole. Mr. Dockery plead to only one misdemeanor to resolve the case. The OAG seeks to use the salacious findings of the parole revocation hearing against Mr. Dockery at trial. Given that the Oneida police arrested the wrong man and all the felony charges were eventually dropped, it would be woefully unfair and deeply prejudicial to rely on the specious findings of the DOCCS' parole revocation hearing against Mr. Dockery.

I have been trying to get a copy of the certificate of disposition, but I have not yet received it from the Oneida County Criminal Court. I have also reached out to Mr. Dockery's criminal defense attorney to hopefully gain a copy of the disposition which I would like to tender to the Court on Monday with our briefing.

I would be grateful if the Court would grant the extension.

| *New York Office*<br>24 Fifth Avenue, Suite 1701<br>New York, NY 10011 | (973) 600-1724 | aj@ajagnew.com | *New Jersey Office*<br>36 Page Hill Road<br>Far Hills, NJ 07931 |
|---|---|---|---|

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*