UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON DOCKERY,

                Plaintiff,

-against-

SUSAN MUELLER, et al.,

                Defendants.

No. 23-CV-5658 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 45 days of the date of this Order, either party may apply by letter within the 45-day period for reinstatement of the action.

**SO ORDERED.**

Dated:     December 1, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge